# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ELLIOTT COTTLE, | 1:12-cv-00961-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR IMMEDIATE SERVICE |
| v. | (Doc. 3.) |
| D. RANDALL, et al., | |
| Defendants. | |

Lawrence Elliott Cottle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 14, 2012, together with a motion for the Court to direct the United States Marshal to serve process in this action. (Docs. 1, 2.)

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the Court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the Court has screened the complaint and determined that it contains

1

1  cognizable claims for relief against the named defendants.  On February 20, 2013, after screening
2  the Complaint, the Court entered an order dismissing the Complaint for failure to state a claim, with
3  leave to amend.  (Doc. 9.)  Thus, the Court found that the Complaint did not state any cognizable
4  claims.  Therefore, it is not time for service in this action, and Plaintiff's motion must be denied.
5       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for immediate service, filed
6  on June 14, 2002, is DENIED.

8       IT IS SO ORDERED.
9       Dated:   **February 21, 2013**            /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE